United States District Court
Middle District of Florida
Tampa Division

BYRON BUSH,

*Plaintiff,*

**v.** **NO.** 8:25-cv-01375-KKM-TGW

EZ ADVOCATES, LLC and
RAHAMAN KARGAR,

*Defendants.*

---

**Unopposed Motion for Special Admission**

Emanuel Kataev, Esq., respectfully moves for special admission to represent plaintiff in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Eastern District of New York within the State of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

**8:23-cv-01085-KKM-AEP** IME Watchdog, Inc. v. IME Companions, LLC.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**CONSUMER ATTORNEYS PLLC**
/s/*Emanuel Kataev*
Emanuel Kataev, Esq.
68-29 Main Street
Flushing, NY 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party consents to the special admission of Emanuel Kataev.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order permitting Emanuel Kataev to practice before this Court for the limited purposes of representing the Plaintiffs in this action.

RESPECTFULLY SUBMITTED this on the 3rd day of July, 2025.

**CONSUMER ATTORNEYS, PLLC**
/*s/ David Pinkhasov*
David Pinkhasov, FL # 1040933
68-29 Main Street
Flushing, NY 11367-1305
T: (718) 701-4605
F: (718) 715-1750
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiffs,*
*Byron Bush and*
*all others similarly situated*