## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BYRON BUSH,

      Plaintiff,

v.                               **Case No.:  8:25-cv-1375-KKM-TGW**

EZ ADVOCATES, LLC and
RAHAMAN KARGAR,

      Defendant.

_____/

### DEFENDANT'S NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen days after appearance of the party.

Dated this 7th day of August, 2025.

Respectfully submitted,

*s/ Steven G. Wenzel*
**STEVEN G. WENZEL**
Florida Bar No.159055
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 223-6545
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of August, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

David Pinkhasov
Emanuel Kataev
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing, NY   11367
Email: dpinkhasov@consumerattorneys.com
Email: ekataev@consumerattorneys.com

*s/ Steven G. Wenzel*
**STEVEN G. WENZEL**

2