**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BYRON BUSH,**

      **Plaintiff,**

**v.**                      **Case No.:  8:25-cv-1375-KKM-TGW**

**EZ ADVOCATES, LLC and**
**RAHAMAN KARGAR,**

      **Defendant.**
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

      **Byron Bush – Plaintiff**

      **EZ ADVOCATES, LLC - Defendant**

      **Rahman Kargar - Defendant**

      **Steven G. Wenzel  – Attorney for Defendants**

      **Wenzel Fenton Cabassa, P.A. – Counsel for Defendants**

2.) The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

**Not Applicable.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Not applicable.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

**Allegedly, Plaintiff, Byron Bush.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated this 15th day of August, 2025.

Respectfully submitted,

*s/ Steven G. Wenzel*
**STEVEN G. WENZEL**
Florida Bar No.159055
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 223-6545
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of August, 2025, the foregoing was electronically filed using the Courts ECF system, which will send a notice of electronic filling to counsel of record.

*s/ Steven G. Wenzel*
**STEVEN G. WENZEL**

3