UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BYRON BUSH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ ADVOCATES, LLC and RAHAMAN KARGAR,<br><br>Defendants. | COLLECTIVE AND CLASS ACTION<br><br>Case No.: 8:25-cv-1375 (KKM) (TGW)<br><br>Kathryn Kimball Mizelle, U.S.D.J.<br><br>M. J. Thomas G. Wilson, U.S.M.J. |

**PLAINTIFFS' PRE-DISCOVERY MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b)**

Plaintiff Byron Bush, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby moves under Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), for court-authorized notice of this lawsuit to all similarly situated employees. Plaintiffs respectfully request that the Court enter an Order:

1. Conditionally certifying the proposed FLSA Collective;

2. Requiring Defendants to identify all putative collective members by providing a list of their names, last known addresses, dates and location of employment, phone numbers, and email addresses in electronic and importable format within ten (10) days of the entry of the Order;

1

3. Authorizing Plaintiffs' proposed form of notice (**Exhibits A & B**) and implementing a procedure whereby the notice of Plaintiffs' FLSA claims is sent (via U.S. Mail, email, and text message) to:

    *All current and former employees who worked for Defendants at any time during the last three years* (the "FLSA Collective").

4. Appointing the undersigned counsel as counsel for the FLSA Collective; and

5. Giving members of the FLSA Collective sixty (60) days to join this case, measured from the date the Court-authorized notice is sent, with one reminder email sent thirty (30) days thereafter to anyone who did not respond.

The facts and legal authorities in support of this Motion are in the attached Memorandum of Law in Support, which is incorporated by reference.

Dated:	Jamaica, New York
	October 17, 2025

Respectfully submitted,
**CONSUMER ATTORNEYS PLLC**
*/s/ David Pinkhasov, Esq.*
David Pinkhasov, FL # 1040933
(718) 701-4605 (office)
(718) 715-1750 (facsimile)
dpinkhasov@consumerattorneys.com

*/s/Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

2

## **LOCAL RULE 3.01(g) Certification**

I certify that on October 15, 2025, I conferred with the opposing party via e-mail communication and sought concurrence regarding the relief requested herein, however, such concurrence was not obtained.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.

## **CERTIFICATE OF SERVICE**

I certify that on October 17, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
