IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BYRON BUSH,<br><br>        Plaintiffs,<br>v.<br><br>EZ ADVOCATES, LLC and<br>RAHAMAN KARGAR,<br><br>        Defendants. | Case No.: 8:25-cv-1375 (KKM) (TGW)<br><br>**DECLARATION OF**<br>**PLAINTIFF BYRON BUSH** |

    Byron Bush declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1.    I am the Plaintiff in the above-referenced case, an am an individual who is a citizen of the State of Florida residing in the County of Hillsborough.

    2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of documents maintained by my attorneys related to this case.

    3.    I respectfully submit this declaration in support of my pre-discovery motion for conditional collective action certification and court-authorized notice to potential opt-in plaintiffs pursuant to 29 U.S.C. § 216(b) (hereinafter the "Motion").

    4.    I was employed by the Defendants from January 29, 2023 through July 8, 2024 as a sales employee.

    5.    Defendants own and operate a business which assists individuals in getting out of their time share agreements.

6. While employed by Defendants, I typically worked a schedule of approximately forty-two (42) to forty-six (46) hours per week, specifically: (i) on Mondays through Thursdays, from about 11:00 AM to 8:00 PM; (ii) on Fridays, from about 11:00 AM to 5:00 PM; and (iii) occasionally on Saturdays, for approximately three to four (3-4) hours on average.

7. During my entire tenure with the Defendants, they failed to me the proper minimum wage and overtime compensation.

8. Defendants paid me only a straight fifteen percent (15%) commission for sales I made on a weekly basis.

9. There were weeks in which I made no sales despite working over forty (40) hours and I received zero in compensation for that week.

10. There were other weeks in which I made only a few sales and receive less than the minimum wage even though I worked in excess of forty (40) hours.

11. I am not special; Defendants treated all employees in this manner.

12. At any given time, there were about four to five (4-5) other sales employees like me working under the same common plan and policy of Defendants which violates the Fair Labor Standards Act ("FLSA").

13. With turnover from May 28, 2023 through the present, I estimate that there are approximately twenty (20) to thirty (30) other employees who were similarly paid in accordance with Defendants' common plan and policy to violate the FLSA because Defendants only pay a straight fifteen percent (15%) commission for actual sales made without regard to the number of hours employees actually worked such that all employees are frequently paid less than the minimum wage with no overtime compensation.

14. Further, I spoke with Chase Kirkland ("Kirkland"), a fellow colleague who held the same position as me with Defendants during my employment.

15. Kirkland was paid the same exact way I was, and we frequently commiserated about the fact that we were not properly paid.

16. Kirkland was employed by the Defendants for one (1) year and six months, and has expressed an interest in opting in to a collective action.

17. During my employment with Defendants, I thus became aware that Defendants employ other employees who perform the same job duties and some that worked remotely.

18. I only met and came to know Kirkland, but am aware that the employees who worked for Defendants in person and remotely were paid the same way I was.

19. I had multiple conversations with Kirkland about Defendants' compensation policies, including those described above, and their failure to pay employees properly for all work performed.

20. From those conversations, I know that all of Defendants' employees are subject to the similar pay practices and policies.

21. Additionally, these conversations lead me to believe that Defendants' employees have a desire to opt-in to this lawsuit.

22. For these reasons and those discussed in the accompanying memorandum of law, the I respectfully request that the Motion be granted.

23. I thank this honorable Court for its time and attention to this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2025.

_____
Byron Bush