# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| BYRON BUSH, individually, and on behalf of all others similarly situated, | COLLECTIVE AND CLASS ACTION |
| Plaintiffs, | Case No.: 8:25-cv-1375 (KKM) (TGW) |
| v. | Kathryn Kimball Mizelle, U.S.D.J. |
| EZ ADVOCATES, LLC and RAHAMAN KARGAR, | M. J. Thomas G. Wilson, U.S.M.J. |
| Defendants. | PROPOSED E-MAIL AND TEXT MESSAGE NOTICE TO EMPLOYEES |

*Attention all current and former employees who worked for EZ Advocates, LLC and/or Rahaman Kargar at any time during the last three (3) years*: You are eligible to join a pending collective action lawsuit against *EZ Advocates, LLC ("EZ Advocates") and Rahaman Kargar* ("Kargar"). You may be eligible to receive unpaid wages and overtime compensation that are owed to you. You have been sent, via U.S. mail and email (to your latest address on file with EZ Advocates), a detailed NOTICE explaining your legal rights. It is highly recommended that you check your email and mailing address for this NOTICE and read it carefully so you can make an informed decision. If you need a copy sent to you, please contact the attorney appointed by the court to serve as counsel to the Plaintiffs' class:

**CONSUMER ATTORNEYS PLLC**
David Pinkhasov, Esq., FL # 1040933
Emanuel Kataev, Esq., admitted *pro hac vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
dpinkhasov@consumerattorneys.com
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs,*
*Byron Bush, the FLSA Collective,*
*And the Putative Class*