**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| BYRON BUSH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ ADVOCATES, LLC and RAHAMAN KARGAR,<br><br>Defendants. | COLLECTIVE AND CLASS ACTION<br><br>Case No.: 8:25-cv-1375 (KKM) (TGW)<br><br>Kathryn Kimball Mizelle, U.S.D.J.<br><br>M. J. Thomas G. Wilson, U.S.M.J.<br><br>**CONSENT TO JOIN LAWSUIT UNDER 29 U.S.C. § 216(b)** |

I consent to join the collective action lawsuit filed against **Defendants EZ Advocates, LLC ("EZ Advocates")** and **Rahaman Kargar ("Kargar")** (collectively, "Defendants") to recover unpaid wages and overtime compensation owed to me under the Fair Labor Standards Act, as amended (hereinafter the "FLSA"), 29 U.S.C. §201 *et seq.* and the Florida Minimum Wage Act, Fla. Sta. §448.110, *et seq.* (2024) (hereinafter the "FMWA".

I authorize **Consumer Attorneys PLLC** and its attorneys to represent me in this action and to make decisions on my behalf concerning all aspects of the litigation, including settlement and the method and manner of conducting the lawsuit. I understand that by joining this lawsuit, I will be bound by any judgment of the Court, whether favorable or unfavorable. I understand that I may withdraw my consent by notifying Plaintiffs' Counsel in writing.

---

**Printed Name:** Byron Bush

**Signature:** [signature]

**Date:** October 22,2025

**Address:** 6342 South Lansdale circle

**City, State, ZIP:** Tampa,Florida 33616

**Phone:** 813 381 1969

**Email:** byronbush60@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, October 27, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

**STEVEN G. WENZEL**
Steven G. Wenzel
Florida Bar No.159055
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 223-6545
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com

*Attorneys for Defendants*
*EZ Advocates, LLC and*
*Rahaman Kargar*

*/s/ Victoria Trevor*