**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BYRON BUSH,**

    Plaintiff,

v.                      Case No.:  8:25-cv-1375-KKM-TGW

**EZ ADVOCATES, LLC** and
**RAHAMAN KARGAR,**

    Defendants.
_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRE-DISCOVERY MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND COURT-AUTHORIZED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(b) AND SUPPORTING MEMORANDUM OF LAW**

Defendants hereby move for a fourteen-day extension of time to respond to Plaintiff's Pre-Discovery Motion for Conditional Collective Certification and Court-Authorized Notice to Potential Opt-In Plaintiffs pursuant to 29 U.S.C. § 216(b) ("Motion for Conditional Collective Certification") and Memorandum of Law in Support of Plaintiff's Pre-Discovery Motion for Conditional Collective Certification and Court-Authorized Notice to Potential Opt-In Plaintiffs Pursuant to 29 U.S.C. § 216(b). (Docs. 30-31). In support of this motion, Defendant state as follows:

1. On October 17, 2025, Plaintiff filed his Motion for Conditional Collective Certification and supporting Memorandum of Law. *See* Docs. 30-31.

2. Defendants' response is due today, October 31, 2025.

3. Due to other professional obligations, Defendants' counsel requires a brief extension of time to prepare and submit Defendants' response opposing conditional collective certification.

4. Accordingly, Defendants move for a fourteen-day extension of time to respond.

5. Plaintiff has consented to this extension and Defendants have agreed that his reply papers in further support will be due three weeks after defendants filed their motion response.

## **MEMORANDUM OF LAW**

When an act is required or allowed to be done at or within a specified time, the Court for good cause shown may at any time in its discretion, with or without motion or notice, order the period enlarged if such a request is made before the expiration of the period originally prescribed or as extended by previous order. *See* Fed. R. Civ. P. 6(b). The instant motion is brought before the expiration of the time to respond.

Defendants respectfully suggests that good cause has been shown for the requested extension. Further, the extension request is not made for

reasons of delay or other improper purpose. And, finally, the extension request will have no impact on any other deadlines in the case.

**WHEREFORE**, Defendants move for entry of an Order extending their deadline to respond to Plaintiff's Motion for Conditional Collective Certification and supporting Memorandum of Law by November 14, 2025.

### LOCAL RULE 3.01(g) CERTIFICATION

Prior to filing this motion, Defendants' counsel emailed Plaintiff's counsel who advised he does not oppose the relief requested in this motion.

Dated this 31st day of October 2025.

                Respectfully submitted,

                *s/ Steven G. Wenzel*
                **STEVEN G. WENZEL**
                Florida Bar No.159055
                **Wenzel Fenton Cabassa, P.A.**
                1110 N. Florida Avenue, Suite 300
                Tampa, Florida 33602
                Main No.: 813-224-0431
                Direct No.: (813) 223-6545
                Facsimile No.: 813-229-8712
                Email: swenzel@wfclaw.com
                Email: rcooke@wfclaw.com
                ***Attorneys for Defendants***

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of October 2025, the foregoing was electronically filed using the Courts ECF system, which will send a notice of electronic filling to counsel of record.

*s/ Steven G. Wenzel*
**STEVEN G. WENZEL**