| | |
|---|---|
| **From:** | Steven G. Wenzel |
| **To:** | Emanuel Kataev |
| **Cc:** | Hannah Horr; Rhonda Cooke |
| **Subject:** | RE: Regarding: EZ Advocates LLC (Byron Bush) (File #: 25-000498) |
| **Date:** | Monday, November 17, 2025 12:21:42 PM |

Good Morning,

In an effort to resolve the dispute I have copied our email exchange on the day of the deadlines. Here it is:

**From:** Steven G. Wenzel <swenzel@wfclaw.com>
**Sent:** Friday, October 31, 2025 2:27 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Hannah Horr <hhorr@wfclaw.com>; Rhonda Cooke <rcooke@wfclaw.com>
**Subject:** RE: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

Thank you for supplementing the plaintiff's response to our discovery requests. I appreciate as well the courtesy of reminding me of deadlines. They were top of mind for me as I was preparing to request a two week extension as to each deadline. I note that we have granted the plaintiff several extensions in the case and hope that we can continue being flexible with each other.

I am sure your court-ordered deadline in this case is top of mind for you as well. I remain willing to accept your choice of a mediator. At an earlier point in time you proposed mediation on November 24, 2025. When you asked that day was on hold for depositions in Dama v. Remote Technology, et al, CASE NO.: 3:24-cv-1082-TJC-SJH in which scheduling is extraordinarily difficult because of the number of parties and lawyers involved in it. However, that day is now available and when you prepare your notice to the court that is due today you can propose that date if it is still available on the mediator's calendar.

Please let me know regarding ==our request== for a two week extension of each of today's deadlines.

Thank you

Steve

(Obviously, the highlighting was added for the purpose of this exchange.)

You responded as follows:

**From:** Emanuel Kataev [mailto:emanuel@sagelegal.nyc]
**Sent:** Friday, October 31, 2025 2:31 PM
**To:** Steven G. Wenzel <swenzel@wfclaw.com>
**Cc:** Hannah Horr <hhorr@wfclaw.com>; Rhonda Cooke <rcooke@wfclaw.com>
**Subject:** RE: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

Steven:

I'll consent to ==your request== as long as I get a reciprocal extension of time to file reply, so three weeks from the date you file opposition. Let me see your letter request.

Thanks,

(Again, the highlighting is that it so that you could easily identify the parallel between what I asked for and what you consented to.)

If you want to meet and confer, we will get you dates. I believe the appropriate reaction which the court would expect of each of us is that we move on from this exchange. I gave you extensions when you needed them and I believe the court will believe that our email exchange was your reciprocation.

You made a comment about "churning fees". As you know from our discovery, we do not think your settlement proposal envisions his status as a part-time person and that it does not reflect all payments made to him. Nor does it reflect the many courtesies that my clients afforded to your client during what was a difficult point his life.

Your communications do not reflect that you laterally advise the court that we pick a mediator when in fact we had not conferred although the court was advised that we had. To be collegial I have accepted your mediator and not advised court of those circumstances.

Please advise whether you will withdraw your motion, forbear from filing others related to the interrogatories and responses to request to produce or whether, alternatively, you wish to continue the controversy and I need to schedule for a meet and confer.
Steve