| | |
|---|---|
| **From:** | Emanuel Kataev |
| **To:** | Steven G. Wenzel |
| **Cc:** | Hannah Horr; Rhonda Cooke |
| **Subject:** | RE: EZ Advocates LLC (Byron Bush) (File #: 25-000498) |
| **Date:** | Friday, October 31, 2025 2:31:46 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.jpg |
| | image007.jpg |
| | image008.jpg |

Steven:

I'll consent to your request as long as I get a reciprocal extension of time to file reply, so three weeks from the date you file opposition. Let me see your letter request.

Thanks,



**From:** Steven G. Wenzel <swenzel@wfclaw.com>
**Sent:** Friday, October 31, 2025 2:27 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Hannah Horr <hhorr@wfclaw.com>; Rhonda Cooke <rcooke@wfclaw.com>
**Subject:** RE: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Thank you for supplementing the plaintiff's response to our discovery requests. I appreciate as well the courtesy of reminding me of deadlines. They were top of mind for me as I was preparing to request a two week extension as to each deadline. I note that we have granted the plaintiff several extensions in the case and hope that we can continue being flexible with each other.

I am sure your court-ordered deadline in this case is top of mind for you as well. I remain willing to accept your choice of a mediator. At an earlier point in time you proposed mediation on November 24, 2025. When you asked that day was on hold for depositions in Dama v. Remote Technology, et al, CASE NO.: 3:24-cv-1082-TJC-SJH in which scheduling is extraordinarily difficult because of the number of parties and lawyers involved in it. However, that day is now available and when you prepare your notice to the court that is due today you can propose that date if it is still available on the mediator's calendar.

Please let me know regarding our request for a two week extension of each of today's deadlines.

Thank you

Steve