| | |
|---|---|
| **From:** | Tanya Soriano |
| **To:** | Rhonda Cooke; "Emanuel Kataev"; "Victoria Trevor"; "Irina Iakovleva"; "Mia Kristensen"; "dpinkhasov@consumerattorneys.com" |
| **Cc:** | Steven G. Wenzel; Hannah Horr; Rhonda Cooke |
| **Subject:** | RE: NOTICE OF SERVICE OF DISCOVERY DOCUMENT(S): Case No.: 8:25-cv-01375-KKM-TGW Byron Bush v. EZ Advocates LLC et al |
| **Date:** | Friday, November 14, 2025 5:20:02 PM |
| **Attachments:** | FINAL DEFENDANTS' ANSWERS TO PLAINTIFF"S FIRST SET OF INTERROGATORIES 11.14.2025.pdf<br>FINAL DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION 11.14.2025.pdf<br>Documents Produced by Defendants 1 - 316-28699.pdf<br>image001.jpg<br>image002.jpg<br>image003.jpg<br>image004.jpg<br>image005.jpg |

| | |
|---|---|
| Court Identity: | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA DIVISION |
| Case No.: | 8:25-cv-1375-KKM-TGW |
| Plaintiff(s): | Byron Bush |
| Defendant(s): | EZ Advocates, LLC et al |
| Title of document(s) served: | Defendants' Answers to Plaintiff's First Set of Interrogatories; Defendants' Responses to Plaintiff's First Requests for Production; and Documents Produced by Defendants. |
| Sender's Name: | Rhonda Cooke, Case Manager o/b/o Steven G. Wenzel, Esq. |
| Attorney's Phone Number: | (813) 223-6545 |

**Thank You.**

*Tanya Rodriguez Soriano*
Case Manager to Matthew K. Fenton, Esquire
and Christopher J. Saba, Esquire

**DIRECT:** 813-463-0074  **FAX:** 813.229.8712
1110 North Florida Avenue, Suite 300
Tampa, FL 33602



Please consider the environment before printing this email

This electronic mail transmission may contain legally privileged and/or confidential information. Do not read this if you are not the person(s) named. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone

at 813.463.0074 or send an electronic message to tsoriano@wfclaw.com and destroy the original transmission and its attachments without reading or saving in any manner.