UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BYRON BUSH,

    Plaintiff,

v.                                Case No.:  8:25-cv-1375-KKM-TGW

EZ ADVOCATES, LLC and
RAHAMAN KARGAR,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINITFF'S CERTIFICATION

The undersigned feels compelled to respond to Plaintiff's Certification (Doc. 47) considering the blatant misrepresentations that have been made to the Court. Plaintiff's counsel incorrectly states that the undersigned counsel refused to participate in a meet-and-confer. On November 17, 2025, the undersigned counsel emailed Plaintiff's counsel inquiring whether he would withdraw his motion considering the discovery extension that was granted. *See* Ex. A. The undersigned also stated, "If you want to meet and confer, we will get you dates. I believe the appropriate reaction which the court would expect of each of us is that we move on from this exchange. I gave you extensions when you needed them and I believe the court will believe that our email exchange was your reciprocation." Ex. A. Plaintiff's counsel never responded to this email. While the emails that have been provided to this Court speak for themselves, the undersigned wanted to ensure that the Court was aware of all of the facts.

1

Dated this 3rd day of December 2025.

        Respectfully submitted,

        */s/ Steven G. Wenzel*
        **STEVEN G. WENZEL**
        Florida Bar No.159055
        **Wenzel Fenton Cabassa, P.A.**
        1110 N. Florida Avenue, Suite 300
        Tampa, Florida 33602
        Main No.: 813-224-0431
        Direct No.: (813) 223-6545
        Facsimile No.: 813-229-8712
        Email: swenzel@wfclaw.com
        Email: rcooke@wfclaw.com
        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of December 2025, the foregoing was electronically filed using the Courts ECF system, which will send a notice of electronic filling to counsel of record.

        */s/ Steven G. Wenzel*
        **STEVEN G. WENZEL**