UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BYRON BUSH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ ADVOCATES, LLC and RAHAMAN KARGAR,<br><br>Defendants. | **CLASS & COLLECTIVE ACTION**<br><br>Case No. 8:25-cv-1375 (KKM) (TGW)<br><br>Hon. Kathryn Kimball Mizelle, U.S.D.J.<br><br>Hon. Thomas G. Wilson, U.S.M.J. |

**DECLARATION OF EMANUEL KATAEV, ESQ.
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE
DEFENDANTS TO RESPOND TO PLAINTIFFS' DISCOVERY**

**EMANUEL KATAEV, ESQ.**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.   I am admitted to practice before this Court and I serve as General Counsel and Of Counsel to Consumer Attorneys PLLC, attorneys for the Plaintiffs in this case.

2.   I respectfully submit this Declaration in support of Plaintiffs' Motion to compel the Defendants to Respond to Plaintiffs' Discovery ("Motion"), which was filed on November 13, 2025, and to submit exhibits relevant to this Court's determination of the Motion.  See ECF Docket Entry 43.

3. Attached hereto as **Exhibits "A" and "B"** are true and correct copies of "Plaintiff's First Set of Interrogatories to Defendants" and "Plaintiff's First Request for Production of Documents to Defendants," each dated October 2, 2025.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of email correspondence between counsel dated October 31, 2025.

5. Due to an oversight, our law office inadvertently neglected to file this Declaration simultaneously with the Motion.

6. Nonetheless, Plaintiffs did serve Defendants with these exhibits on November 25, 2025, at the request of the Defendants, and Defendants were previously in possession of each of these exhibits.

7. Accordingly, Defendants were in possession of the foregoing documents in order to properly respond to the Motion, and this declaration is being filed both in order to aid the Court in its determination of the Motion, as well as to have the docket accurately reflect all materials submitted in support of the Motion.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2025.

                                                                       */s/ Emanuel Kataev, Esq.*
                                                                       **EMANUEL KATAEV, ESQ.**