**Outlook**

---

## FW: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

---

**From** Emanuel Kataev <emanuel@sagelegal.nyc>
**Date** Fri 10/31/2025 1:45 PM
**To** Victoria Trevor <vtrevor@sagelegal.nyc>

📎 1 attachment (940 KB)
2025-10-31 BUSH9-BUSH11.pdf;

---

**From:** Emanuel Kataev
**Sent:** Friday, October 31, 2025 1:45 PM
**To:** Steven G. Wenzel <swenzel@wfclaw.com>
**Cc:** Hannah Horr <hhorr@wfclaw.com>; Rhonda Cooke <rcooke@wfclaw.com>
**Subject:** RE: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

Steven:

I met with my client and we reviewed the issue you raised with the production.  The document we produced was a summary of a handwritten document containing my client's notes.  Upon further review, I agree that those figures should not be redacted.  Moreover, the actual notes should be produced.  As a result, attached, please find Plaintiff's second production of documents Bates stamped BUSH9-BUSH11.

I note, further, that today is Defendants' deadline to produce responses to Plaintiff's discovery demands.  Should I not timely receive responses today, I wish to meet-and-confer with you virtually on Monday, November 3, 2025.  Please provide your availability by noon on Monday.  Should you fail to do so, we will attempt to meet-and-confer with you on Tuesday and Wednesday.  Assuming you do not cooperate, I will file a motion to compel and for other appropriate relief and certify pursuant to Local Rule 3.01(g) that you refused to meet-and-confer as required.

Finally, Plaintiff's motion to conditionally certify a collective action was filed on Friday, October 17, 2025.  As a result, pursuant to Local Rule 3.01(c), Defendants' opposition papers are due today.  Should you fail to timely oppose, Plaintiff will file a notice with the Court to treat the motion as unopposed.

Please be guided accordingly,



**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Thursday, October 23, 2025 5:10 PM
**To:** Steven G. Wenzel <swenzel@wfclaw.com>
**Cc:** Hannah Horr <hhorr@wfclaw.com>; Rhonda Cooke <rcooke@wfclaw.com>
**Subject:** Re: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

He produced what he has and doesn't have anymore. Do what you see fit.

Emanuel Kataev, Esq.

Sage Legal LLC

Sent from my iPhone

---

**From:** Steven G. Wenzel <swenzel@wfclaw.com>
**Sent:** Thursday, October 23, 2025 5:09:43 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Hannah Horr <hhorr@wfclaw.com>; Rhonda Cooke <rcooke@wfclaw.com>
**Subject:** RE: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

> **Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

I absolutely agree that that is the employer's job. But it is your job to tell me if the plaintiff has any records, in any form and of any type, and, if so, what those records display. We will attack this problem a different way given your position. Thank you for getting back with me.

---

**From:** Emanuel Kataev [mailto:emanuel@sagelegal.nyc]
**Sent:** Thursday, October 23, 2025 3:13 PM
**To:** Steven G. Wenzel <swenzel@wfclaw.com>
**Subject:** Re: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

Steve it is the employers obligation to keep the records. We expect that the time and payroll records Defendants provide will assist us in getting more accurate damages. We stand on our responses. Thanks,

Emanuel Kataev, Esq.
Sage Legal LLC

Sent from my iPhone

---

**From:** Steven G. Wenzel <swenzel@wfclaw.com>
**Sent:** Thursday, October 23, 2025 3:09 PM
**To:** Emanuel Kataev <ekataev@consumerattorneys.com>
**Subject:** Re: EZ Advocates LLC (Byron Bush) (File #: 25-000498)

Good afternoon.
I reviewed the plaintiff's discovery responses and write you about them.

With respect to the plaintiff's response to our request for production, you have furnished us with a template of his work weeks and pay dates. The document furnished to us does not list any payments and any amount allegedly owed. The responding to those data is redacted. Since you also furnished us with which transcripts from the IRS showing wages were paid, then surely there is some data and we request that you unredact the template and give us information as to workweek.

I would appreciate your prompt compliance with this request as we have provided you with two extensions to the otherwise prevailing due date described in the Rules.

Thank you.

Steve

*I use voice recognition software. Please excuse errors in spelling or syntax.*



## STEVEN G. WENZEL
**Partner**
Board Certified in Labor and Employment Law by Florida Bar

**DIRECT:** 813-223-6545  **FAX:** 813.229.8712
1110 North Florida Avenue, Suite 300
Tampa, FL 33602



This electronic mail transmission may contain legally privileged and/or confidential information. Do not read this if you are not the person(s) named. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone at (813) 386-0995 or send an electronic message to swenzel@wfclaw.com and destroy the original transmission and its attachments without reading or saving in any manner.