# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BYRON BUSH,

   Plaintiff,

v.                                                        Case No.:  8:25-cv-1375-KKM-TGW

EZ ADVOCATES, LLC and
RAHAMAN KARGAR,

   Defendants.

_____/

## DEFEDANTS' SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Defendants, by and through undersigned counsel, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Local Rule 3.01(g), respectfully move the Court for an extension of time to complete discovery through May 1, 2026, and state in support as follows:

Defendants seek an additional extension of the discovery deadline set forth in the Court's Amended Case Management and Scheduling Order entered on February 5, 2026 [ECF No. 57] and Court's Order Granting Defendants' Motion for Extension of Time [ECF No. 61]. Despite undersigned counsel's diligent efforts to conduct discovery within the existing timeframe, additional time is necessary to complete remaining discovery in an orderly and efficient manner.

The additional extension is sought by Defendants solely to extend the discovery deadline to complete depositions.

1

Specifically, the parties must complete the depositions of Defendants, currently scheduled for April 7, 2026, and Plaintiff, currently scheduled for April 13, 2026. Despite having scheduled these depositions previously, undersigned counsel continues to deal with emergent matters in another case before the Hon. Timothy J. Corrigan, U.S.D.C., Middle District of Florida, *Don Dama v. Remote Technology Services, Inc., et al.*, Case No.: 3:24-cv-01082-TJC-SJH, preventing undersigned counsel from moving forward in this matter during the month of March 2026.

Defendants do not seek to modify any other deadlines set forth in the Amended Case Management and Scheduling Order unless otherwise ordered by the Court.

Granting this additional extension will not prejudice any party and will promote the efficient resolution of this matter by allowing the parties sufficient time to complete discovery without unnecessary motion practice.

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that the parties conferred in good faith regarding the relief requested in this motion on March 27, 2026, via email. Plaintiff consents to the requested extension of time, but notes that Plaintiff was prepared to proceed with Defendants' deposition on Friday, March 13, 2026, and to defend Plaintiff's deposition on Tuesday, March 18, 2026.  Notwithstanding, Plaintiff consented as a courtesy to counsel given the rigors of managing an active case load.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order extending the deadline to complete discovery through May 1, 2026, and granting such other and further relief as the Court deems just and proper.

Dated this 27th day of March 2026.

Respectfully submitted,

*/s/ Steven G. Wenzel*
**STEVEN G. WENZEL**
Florida Bar No.159055
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 223-6545
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of March 2026, the foregoing was electronically filed using the Courts ECF system, which will send a notice of electronic filling to counsel of record.

*/s/ Steven G. Wenzel*
**STEVEN G. WENZEL**

3