**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BYRON BUSH,**

**Plaintiff,**

**v.** **Case No.: 8:25-cv-1375-KKM-TGW**

**EZ ADVOCATES, LLC and**
**RAHAMAN KARGAR,**

**Defendants.**
**_____________________/**

**JOINT STATUS REPORT REGARDING JURY TRIAL**

Come now the parties, by and through undersigned counsel, pursuant to the Court's Order [ECF No. 69] entered on July 6, 2026, hereby advises the Court that they intend to proceed to Jury Trial during the term commencing January 4, 2027. The parties estimate 1 – 3 days for trial.

Dated this 10th day of July 2026.

Respectfully submitted,

*/s/ Steven G. Wenzel*

**STEVEN G. WENZEL**
Florida Bar No.159055
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: (813) 223-6545
Facsimile No.: 813-229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
***Attorneys for Defendants***

CONSUMER ATTORNEYS PLLC

*/s/ David Pinkhasov*
David Pinkhasov, FL # 1040933 6829
Main Street
Flushing, NY 11367-1305
(718) 701-4605 (office)
(718) 715-1750 (facsimile)
dpinkhasov@consumerattorneys.com

CONSUMER ATTORNEYS PLLC

*/s/Emanuel Kataev*
Emanuel Kataev, Esq.
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com
***Attorneys for Plaintiffs,***
***Byron Bush, the FLSA Collective,***
***and the Putative Class***