**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BYRON BUSH,

Plaintiff,

Case No.:
8:25-cv-1375 (KKM) (GDP)

v.

EZ ADVOCATES, LLC, and
RAHAMAN KARGAR,

Defendants.
__________________________________________/

## JOINT RESPONSE TO THE COURT'S NOVEMBER 2 2026 ORDER AND UNOPPOSED MOTION FOR A CONDITIONAL SETTLEMENT CONFERENCE

Plaintiff Byron Bush ("Plaintiff" or "Bush") and Defendants EZ Advocates, LLC ("EZ" or the "Corporate Defendant") and Rahaman Kargar ("Kargar" or the "Individual Defendant") (the Corporate Defendant and the Individual Defendant collectively hereinafter the "Defendants") (the Plaintiff and Defendants collectively hereinafter the "Parties") jointly respond to the Court's November 2, 2026 Order (ECF 72) and request approval to mediate first and, if mediation does not resolve the case, participate in a settlement conference before the magistrate judge.

1. The Order requires mediation by December 1, 2026, and a mediation report by December 4, 2026.

2. Alternatively, it permits the Parties to request a magistrate-judge settlement conference by November 6, 2026, to be completed by December 1, 2026.

3. The parties agree to a second mediation with a mutually acceptable certified mediator different from the mediator who conducted the first mediation.

4. Plaintiff will coordinate scheduling and, upon selection of the mediator and session details, file the complete mediation notice required by paragraph 3 of the original Case Management and Scheduling Order (ECF 22).

5. The Parties request a conditional referral within the November 6, 2026 deadline for a settlement conference if mediation is unsuccessful.

6. Because this Court's November 2, 2026 endorsed Order describes the procedures as alternatives, the Parties seek express approval to pursue them sequentially.

7. Counsel will schedule mediation to allow time for any subsequent conference, subject to the Magistrate Judge's availability.

8. If mediation is unsuccessful, the parties will promptly notify the Court and coordinate a conference to be completed by December 1, 2026.

9. Rule 16 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") authorizes magistrate referrals and procedures to facilitate settlement. See Fed. R. Civ. P. 16(c)(2)(H)–(I).

10. The proposed sequence advances the settlement objective of this Court's November 2, 2026 by allowing renewed mediation followed, if necessary, by a settlement conference before a Magistrate Judge; the Parties recognize that a mediation report remains due on December 4, 2026.

11. The Parties conferred and do not consent under 28 U.S.C. § 636(c) and Rule 73 to magistrate-judge jurisdiction over trial or final judgment.

WHEREFORE, the parties respectfully request approval of this sequence and the conditional settlement-conference referral.

**Local Rule 3.01(g) Certificate**

Counsel have conferred regarding the relief requested. By joining in this submission, the parties agree to the relief sought in its entirety.

Dated: November 6, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
/s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
Admitted *pro hac vice*
18211 Jamaica Avenue
Jamaica, NY 11423-2327
Telephone: (718) 412-2421
Facsimile: (718) 489-4155
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*

**WENZEL FENTON CABASSA, P.A.**
/s/ Steven G. Wenzel, Esq.
Steven G. Wenzel, Esq.
Florida Bar No. 159055
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
swenzel@wfclaw.com
rcooke@wfclaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2026, I electronically filed the foregoing using CM/ECF, which will send notice to all counsel of record.

_*/s/ Emanuel Kataev, Esq.*_
Emanuel Kataev, Esq.